# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 13, 2013

No. 12-50920
Summary Calendar

Lyle W. Cayce
Clerk

LUIS ESPARZA,

Petitioner-Appellant

v.

UNITED STATES OF AMERICA; WARDEN, REEVES COUNTY DETENTION
CENTER III; BUREAU OF PRISONS; GEO GROUP,

Respondents-Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:11-CV-124

Before KING, CLEMENT, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

Luis Esparza, federal prisoner # 31213-013, an alien against whom the
Bureau of Immigration and Customs Enforcement has issued a detainer
subjecting him to immediate removal from the United States upon release from
Bureau of Prisons (BOP) custody, moves this court to proceed in forma pauperis
(IFP) to appeal the dismissal of his 28 U.S.C. § 2241 petition challenging the
BOP's exclusion of him from rehabilitation programs and halfway houses. His

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

arguments are foreclosed by this court's decision in *Gallegos-Hernandez v. United States*, 688 F.3d 190, 192-93 (5th Cir.), *cert. denied*, 133 S. Ct. 561 (2012).

Accordingly, Esparza's motion to proceed IFP is DENIED, and his appeal is DISMISSED as frivolous.  *See* 5TH CIR. R. 42.2.